UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL THOMAS PETERSON,
#369523,

    Plaintiff,                      Civil Action No. 21-cv-11466
                                            HON. BERNARD A. FRIEDMAN
vs.                                           MAG. ELIZABETH A. STAFFORD

LAMESHA L. BYRDLE, *et al.*,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE

Before the Court is Magistrate Judge Elizabeth A. Stafford's November 30, 2022 report and recommendation. (ECF No. 26). The report recommends dismissing the case with prejudice because plaintiff Paul Thomas Peterson failed to prosecute the action. *See* Fed. R. Civ. P. 41(b); E.D. Mich. LR 41.2. Peterson never objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that the November 30, 2022 report and recommendation (ECF No. 26) is hereby accepted and adopted.

IT IS FURTHER ORDERED that the complaint is dismissed with prejudice for failure to prosecute.

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: December 22, 2022
Detroit, Michigan